```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
TREVOR WHITTINGHAM,                                          :
                                                             :
                              Plaintiff,                     :
                                                             :         23-CV-6058 (VSB)
               -against-                                     :
                                                             :              ORDER
MARK TRESS, ALSO KNOWN AS MOISHE                             :
TRESS, ET AL.,                                               :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of several motions that Plaintiff has filed, (*see* Docs. 20, 50, 54, and 58).

Accordingly, it is hereby

      ORDERED that Plaintiff cease filing any additional motions without leave of Court.

SO ORDERED.

Dated:    January 22, 2024
             New York, New York

                                                                  _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge