```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TREVOR WHITTINGHAM,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :           23-CV-6058 (VSB)
               -against-                                    :
                                                            :                ORDER
MARK TRESS, ALSO KNOWN AS MOISHE                            :
TRESS, ET AL.,                                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's most recent motion for sanctions and its supporting papers, (*see* Docs. 70–73). In light of my January 22, 2024 order directing Plaintiff to cease filing additional motions without leave of Court, (Doc. 59), it is hereby

      ORDERED that Defendants need not respond to Plaintiff's motion for sanctions and its supporting papers, (Docs. 70–73).

SO ORDERED.

Dated:    February 6, 2024
             New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge