UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
  TREVOR WHITTINGHAM,                   :
:
:
             -against-                :          23-CV-6058 (VSB)
:
:               **ORDER**
  MARK TRESS, ALSO KNOWN AS       :
  MOISHE TRESS, ET AL.,                :
:
                    Defendant.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's motion for an injunction and restraining order, (*see* Doc. 82). Although Plaintiff has for a second time violated my January 22, 2024 order directing Plaintiff to cease filing additional motions without leave of Court, (Doc. 59), it is hereby

ORDERED that by March 27, 2024 Defendants file their responses to the motion.

SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge