**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
TREVOR WHITTINGHAM,

                         Plaintiff,

  -against-                                            23 **CIVIL** 6058 (VSB)

                                                                      **JUDGMENT**

MARK TRESS, ALSO KNOWN AS MOISHE TRESS,
ET AL.,

                       Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 1, 2024, Defendants' motions to dismiss Plaintiff's complaint are GRANTED; Plaintiff's motions for default judgment and summary judgment are DENIED; Plaintiff's motions for sanctions are DENIED; and Plaintiff's motions for an injunction and restraining order are DENIED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**Dated:** New York, New York

      July 1, 2024

                                                                    **DANIEL ORTIZ**
                                                                      **Acting Clerk of Court**

                                              **BY:**    *K. Mango*

                                                                          **Deputy Clerk**